RECEIVED
NOV 04 2019
BY MAIL

FILED
NOV - 4 2019
U.S. DISTRICT COURT
EASTERN DISTRICT OF MO
ST. LOUIS

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
_____ DIVISION

Robert Ross ID# 1166900 )
_____ )
_____ )
_____ )
_____ )
(Enter above the full name of the )
Plaintiff(s) in this action. Include prison )
registration number(s).) )
 )
 )
v. )
 )
_____ )
_____ )
_____ )
_____ )
_____ )
_____ )
_____ )
_____ )
(Enter above the full name of **ALL** Defend- )
ant(s) in this action. Fed. R. Civ. P. 10(a) )
requires that the caption of the complaint )
include the names of **all** the parties. Merely )
listing one party and "et al." is insufficient. )
Please attach additional sheets if necessary. )

**4:19CV02971 ACL**

## PRISONER CIVIL RIGHTS COMPLAINT UNDER 42 U.S.C. § 1983

I. PLACE OF PRESENT CONFINEMENT:

ERDCC 2727 High Way K. Bonne Terre, Mo. 63628

II. PREVIOUS CIVIL ACTIONS:

A. Have you brought any other civil actions in state or federal court dealing with the same facts involved in this action or otherwise relating to your confinement?

YES [ ]    NO [✓]

B.  If your answer to "A" is YES, describe the action(s) in the space below. If there is more than one action, you must describe the additional action(s) on a separate piece of paper, using the same format as below.

1.  Parties to previous civil action:

    Plaintiff(s): _____ 

    Defendant(s): _____ 

2.  Court where filed: _____ 

3.  Docket or case number: _____

4.  Name of Judge: _____

5.  Basic claim made: _____

6.  Present disposition (Is the case still pending? Is it closed? If closed, was it appealed?): _____

III. GRIEVANCE PROCEDURES:

A.  Is there a prisoner grievance procedure at the institution in which you are incarcerated?

    YES [ ✓ ]        NO [ ]

B.  Have you presented this grievance system the facts which are at issue in this complaint?

    YES [ ✓ ]        NO [ ]

-2-

C. If your answer to "B" is YES, what steps did you take: IRR, 2.) Grievance, 3.) Grievance Response, and Grievance Appeal.

D. If your answer to "B" is NO, explain why you have not used the grievance system: _____

IV. PARTIES TO THIS ACTION:

A. Plaintiff(s)

1. Name of Plaintiff: Robert Ross I.D.# 1166900
2. Plaintiff's address: (ERDCC) 2727 Highway K. Bonne Terre 63628
3. Registration number: # 1166900
4. Additional Plaintiff(s) and address(es): _____

B. Defendant(s)

1. Name of Defendant: Charles Carver
2. Defendant's address: N/A
3. Defendant's employer and job title: Correctional officer of Department of Corrections - C.O.2 /Sargent.
4. Additional Defendant(s) and address(es): N/A
Zachery Phillips Correctional officer /Co.1 Address N/A

V. COUNSEL

    A. Do you have an attorney to represent you in this action?

        YES [ ]        NO [ ✓ ]

    B. If your answer to "A" is NO, have you made an effort to contact an attorney to represent you in this matter?

        YES [ ]        NO [ ✓ ]

    C. If your answer to "B" is YES, state the name(s) and address(es) of the attorneys you contacted and the results of those efforts:

        N/A

    D. If your answer to "B" is NO, explain why you have not made such efforts:

        I Honestly Do not have the funds or the Informations And Support system I need to pursue such situation.

    E. Have you previously been represented by counsel in a civil action in this Court?

        YES [ ]        NO [ ✓ ]

    F. If your answer to "E" is YES, state the attorney's name and address:

        N/A

VI.  Statement of claim (State as briefly as possible the facts of your case. Describe how each defendant is involved. You must state exactly what each defendant personally did, or failed to do, which resulted in harm to you. Include also the names of other persons involved, dates, and places. Be as specific as possible. State your claims in numbered paragraphs. You may use additional paper if necessary):

On 3-18-19 I was Assaulted By Staff members of (ERDCC) Co.2 CARVER Charles And Co.1 Zachery Phillips. During Arrival 2C-102 upon My Claims of suicidal and hitting My head on cell door. Officer Co.2 CARVER Approached My Cell And Demanded me to submitt to Wrist Restraints Which I Complied. During stripout Co.1 Phillips were In Possession of Portable Camera While officer CARVER striped me. Co.2 CARVER Demanded for ME to pull Down My Boxer's Which I told him I didn't feel Comfortable with stripping In front of the Multitude. Which some of the offenders Across from my cell were Homosexuals. CARVER Co.2 Demanded once Again with Saying Ross I don't wanna have to do this. I stated you don't scare me do what you have to do. He then Forcefully tried to slam me Wasn't successful then the second time He done So with my hands still Restrained behind my back. After Slamming me he the Punched me In My Mouth While following up with A Choke hold And Co.1 Zachery Phillips Running In While Placing down the Portable Camara to Assist In the Assault by Hitting me with combounations. Entire time I was on floor Restrained

See pg. Attached →

-5-

Pg. 5 of 5

— Attachment to Statement —

After the Assault other officer's Arrived to the Scene during the moment of Co.2 Carver and Co.1 Phillips Demanding me and directing Me to get Up on my Feet After Placing on the tether on my Restraints while Nude. I've Noticed Co.1 Sarah Prattex at that moment within the Cell with others. While Exiting the Cell I became Hostile and Upset About the cell encounter with officer's. I then wrongfully spit on officer's Blood from my swollen mouth were I was assaulted on to the staff Carver Co.2 and Phillips Co.1 In Retaliation. Officer Charles Carver then slammed my Face Into the Cell Wall Leaving me with A busted Face And Blood leaking All over the Wall and floor, I then Fell unconscious. After Awoken I was seen By Medical Pictures were taken and My Face was Cleaned And sealed with Glue by Nurse R.N. Terry.

Note: Officer's Never Followed Up with Any Protocol And Procedures with Having More than two officer's Escorting with Portable Camera During Any Serious Incident. Also the Least Amount of Force was NEVER Used (Spray/Mace)
   And False Information In Conduct Violation Charles Carver Co.2 Stated I tried Head butting him and tried Biting His hand. Which All was a Cover Up From him splitting his knuckles open from Punching me In the Mouth. All Facts No Lie Detective Test were Taken or CVSA Testing wasn't amplimicated when I Requested. All this taken Place Around 12:00 AM or 11:30 Am.

VII. RELIEF

State briefly and exactly what you want the Court to do for you. Do not make legal arguments. (Note: If you are a **state** prisoner and you seek from this Court relief that affects the length or duration of your imprisonment, your case **must** be filed on a § 2254 form.)

1.) For Officer's to be suspended without Pay for 90 days to Six Months. 2.) Demoted Removed from Possission of Authority. 3.) Charges To be Brought upon the Current Defendants and to Have Supivisors suspended or Punished. 4.) Better Training for All staff During Use of Forces, Body Cameras for officers And Money To be Paid for Damages Had Life difficulties Medical And Mental Health Issue's.

VIII. MONEY DAMAGES:

A) Do you claim either actual or punitive monetary damages for the acts alleged in this complaint?

YES ☑   NO ☐

B) If your answer to "A" is YES, state below the amount claimed and the reason or reasons you believe you are entitled to recover such money damages:

350,000 For the Pain, And Scar on Face have to live with Plus the Mental Health And medical Issue's has become More difficult And scarious since After they assualted Me And mistreated me.

IX. Do you claim that the wrongs alleged in the complaint are continuing to occur at the present time?

YES [ ☑ ]   NO [ ]

_____   10-01-19
Signature of attorney or pro se Plaintiff(s)   Date