UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| ROBERT ROSS, | ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | No. 4:19-CV-2971-SNLJ |
| CHARLES CARVER and ZACHERY PHILLIPS, | ) ) ) ) | |
| Defendants. | ) ) | |

## MEMORANDUM AND ORDER

This matter is before the Court upon the Missouri Attorney General's Office filing of the last known address for defendant Zachery Phillips. ECF No. 22. Because plaintiff Robert Ross is proceeding *in forma pauperis*, the Court will direct the Clerk of Court to effectuate service of process through the United States Marshal's Office, using the address provided in docket number 22. *See* Fed. R. Civ. P. 4(c)(3). A copy of the summons and return of summons shall be filed under seal and *ex parte*.

Accordingly,

**IT IS HEREBY ORDERED** that the Clerk of Court shall effectuate service of process via the United States Marshal's Office upon defendant Zachery Phillips in his individual capacity at the address provided in docket number 22.

**IT IS FURTHER ORDERED** that a copy of the summons and the return of summons shall be filed under seal and *ex parte*.

Dated this 6th day of August, 2020.

_____
STEPHEN N. LIMBAUGH
UNITED STATES DISTRICT JUDGE