UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| ROBERT ROSS, ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| v. ) | Case No. 4:19-CV-2971-SNLJ |
| ) | |
| CHARLES CARVER, et al., ) | |
| ) | |
| **Defendants.** ) | |

## MEMORANDUM AND ORDER

Plaintiff Robert Ross filed a 42 U.S.C. § 1983 civil rights complaint with this Court on November 4, 2019. On September 30, 2021, plaintiff filed a "motion to retrieve legal work D.O.C. at SECC." Plaintiff explains that he was transferred from Jefferson City Correctional Center to Southeast Correctional Center on August 3, 2021, but that his "legal property" has been "misplaced," including all the legal work related to this case. This Court ordered defense counsel to inquire as to the whereabouts of plaintiff's legal materials in the interest of a timely resolution of this case. This Court appreciates counsel's efforts and the efforts of the correctional officers in locating plaintiff's legal materials. The materials were apparently conveyed to plaintiff in early October 2021, and plaintiff wrote the Court to confirm his receipt of his legal materials [#73].

Because the time for responding to defendants' summary judgment motions has passed, this Court will sua sponte grant plaintiff additional time in which to file his response to those motions.

Accordingly,

IT IS HEREBY ORDERED that plaintiff shall have until December 1, 2021 by which to file his memoranda in response to defendants' motions for summary judgment.

Dated this  25th   day of October, 2021.

_____
STEPHEN N. LIMBAUGH, JR.
SENIOR UNITED STATES DISTRICT JUDGE